UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80107-Cr-Hurley/Hopkins

UNITED STATES OF AMERICA,

v.

DARREN ARNESS JACKSON,
    a/k/a "Daoud,"

        Defendant.
_____/

**PRETRIAL DETENTION ORDER**

Defendant, DARREN ARNESS JACKSON, came before the Court on July 27, 2016, and through counsel stated his wish to waive his right to a pretrial detention hearing at this time. Defendant is charged by Indictment with conspiring and attempting to provide material support to a foreign terrorist organization (Islamic State of Iraq and the Levant) ("ISIL"), in violation of 18 U.S.C. § 2339B(a)(1) (Counts 1-2). As to each Count, if convicted, Defendant faces up to 20 years in prison, up to 5 years of supervised release, and a $250,000 fine. The statutory presumption in 18 U.S.C. § 3142(e) applies here.

The Court takes judicial notice of the Criminal Complaint, the Indictment, and the Pretrial Services Report. The Criminal Complaint alleges as follows. Defendant regularly met with his two co-defendants and a FBI confidential informant to listen to ISIL-inspired lectures or sermons advocating violent jihad. The three also regularly engaged in firearms training at local shooting ranges and in remote wildlife areas. On one such occasion, Defendant brought two pistols, two AK-47 style assault rifles, and a shotgun. On another occasion, Defendant brought a sniper rifle that he described as being able to pierce body armor and noted his intent to use such

rifle "when the time comes." Defendant indicated that he wanted to learn Arabic and travel overseas to join ISIL. Defendant and the others spoke in code; referring to ISIL as "the soccer team," to participating in attacks as "playing soccer," and to AK-47 assault rifles as "the Bible." Defendant and the others praised recent deadly terrorist attacks in the United States and elsewhere, such as Defendant's exclamation of "Allah Akhbar"—meaning "Allah is great"—in response to learning of a recent terrorist attack in Nice, France. Defendant similarly praised the recent shooting of three police officers in Baton Rouge, Louisiana. Shortly before his arrest, Defendant drove one of his co-defendants and the FBI confidential informant to the airport with the knowledge that both intended to travel to Europe for the purpose of making their way to Syria and join ISIL.

According to the Pretrial Services Report, Defendant was born in New York and moved around a bit before finally settling in South Florida in 2004. He currently lives in West Palm Beach with his father and a co-defendant. He studied boiler maintenance in school and says he has been employed as a boiler maintenance worker for the last 12 years. He further reports having been unemployed for the past month. He has strong family ties to South Florida as here is where he, his father, two of his four adult children, and three of his siblings all reside. Defendant's criminal history is minimal and includes one recent conviction for careless driving.

Defendant agrees to pretrial detention at this time, without prejudice to move for a hearing with respect to the issue of detention should his circumstances change. Based on the applicable statutory presumption, the information contained in the charging documents, the information contained in the Pretrial Services Report, and Defendant's agreement,

**IT IS HEREBY ORDERED** that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined must deliver Defendant to the U.S. Marshals for the purpose of a court appearance.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 28th day of July, 2016.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE