UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80107-CR-ROSENBERG(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY HUBBARD, et al.,

    Defendants.

_____/

# GOVERNMENT'S TWELFTH SUPPLEMENTAL RESPONSE TO
# THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

The following items have been or are being provided this date to counsel for the defendants by email or via hand delivery:

1. Fourteen photographs of books and CDs given to Christian by Hubbard on June 16, 2016. (Bates # 1070-1074 and Bates # 1101-1109). A Fifteenth photograph is of the box that contained these books and CDs that were subsequently turned over to the United States. (Bates #1075). A FBI 302 regarding this turnover is also being supplied (Bates #1110).

2. 5 redacted FBI 1023 reports dated between 11/05/2014 and 5/15/2015 (Bates # 1063-1069) concerning a CHS.

3. Giglo material related to a CHS (Bates # 1077-1100).

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

By:   */s/ Edward C. Nucci*
       EDWARD C. NUCCI
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 0794406
       500 S. Australian Avenue, Suite 400
       West Palm Beach, FL 33401-6235
       Tel: (561) 820-8711
       Fax: (561) 820-8777
       Edward.Nucci@usdoj.gov

cc:   Special Agent Brian King,
      FBI

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF to all counsel listed this 2nd day of November, 2017.

                                                */s/ Edward C. Nucci*
                                                Edward C. Nucci
                                                Assistant United States Attorney

## SERVICE LIST

**United States v. Gregory Hubbard, et al**
**Case No. 16-80107-CR-HURLEY/HOPKINS**
**United States District Court, Southern District of Florida**

Edward C. Nucci
Assistant U.S. Attorney
Edward.Nucci@usdoj.gov
U.S. Attorney's Office
500 S. Australian Avenue
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
**Attorney for United States**
[Service via CM/ECF]

Karen E. Gilbert
Assistant U.S. Attorney
Karen.Gilbert@usdoj.gov
U.S. Attorney's Office
99 N.E. 4th Street
8th Floor
Miami, FL 33132
Telephone: (305) 961-9161
Facsimile: (305) 536-4675
**Attorney for United States**
[Service via CM/ECF]

Lawrence Schneider
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
Admin No. A5501085
Telephone: (202) 616-4940
Larry.Schneider@usdoj.gov
**Attorney for United States**
[Service via CM/ECF]

Anthony John Natale
Federal Public Defender's Office
150 W Flagler Street
Suite 1500
Miami, FL 33130-1556
305-523-4246
Fax: 305-530-7120
Email: Anthony_Natale@fd.org
**Attorney for Gregory Hubbard**
[Service via CM/ECF]

Michael Salnick
1645 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, FL 33401
561-471-1000
Fax: 561-659-0793
Email: msalnick@fblawn.net
**Attorney for Dayne Antani Christian**
[Service via CM/ECF]

Julie Prag Vianale
Vianale & Vianale
5550 Glades Road
Suite 500
Boca Raton, FL 33431
561-392-4750
Fax: 561-961-5191
Email: jvianale@vianalelaw.com
**Attorney for Darren Arness Jackson**
[Service via CM/ECF]