UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80107-CR-ROSENBERG

UNITED STATES OF AMERICA,

v.

DARREN ARNESS JACKSON,

Defendant.

_____/

NOTICE OF FILING ADDITIONAL CHARACTER REFERENCE AS
SUPPLEMENT TO DARREN JACKSON'S
PRE-SENTENCE MEMORANDUM AND
MOTION FOR DOWNWARD VARIANCE

Darren Jackson respectfully submits, as a supplement to his Pre-Sentence Memorandum and Motion for Downward Variance [D.E. 298], the attached character reference from Rahim Alhijaz.

Dated: May 14, 2018

Respectfully submitted,

s/ Julie Prag Vianale
Julie Prag Vianale (FBN 0184977)
Attorney for Darren Arness Jackson
Vianale & Vianale LLP
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Tel: (561) 392-4750
jvianale@vianalelaw.com

1

## CERTIFICATE OF SERVICE

      Undersigned counsel hereby certifies that she filed the foregoing document on May 14, 2018 using the Court's CM-ECF system, which will cause a true and correct copy to be sent electronically to:

Edward C. Nucci, Esq.
Assistant United States Attorney
Southern District of Florida
500 S. Australian Ave., Suite 400
West Palm Beach FL  33401-6235
Edward.Nucci@usdoj.gov

Karen E. Gilbert, Esq.
Assistant United States Attorney
99 NE 4th Street, Suite 800
Miami, FL 33132
Karen.Gilbert@usdoj.gov

Anthony John Natale
Federal Public Defender's Office
150 W. Flagler Street, Suite 1500
Miami FL  33130-1556
Anthony_Natale@fd.org

Michael Salnick, Esq.
1645 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach FL  33401
msalnick@fblaw.com

                                                   s/ Julie Prag Vianale
                                                   Julie Prag Vianale (FBN 1084977)
                                                   Vianale & Vianale LLP
                                                   5550 Glades Road, Suite 500
                                                   Boca Raton, FL  33431
                                                   Tel: (561) 392-4750

Honorable Judge Robin Rosenberg

Paul G Rogers Federal Building & Courthouse

701 Clematis Street

Courtroom 2

West Palm Beach, FL  33401

May 10, 2018

## Character Letter for Darren Jackson from Rahim Alhijaz

1. My name is Rahim Alhijaz. I am over the age of 18 and competent to testify as a witness. I am providing this letter in support of my friend Darren Jackson. I have followed Darren's case in the news, and I am aware that he is scheduled to be sentenced soon for a terrorism-related offense. I have known Darren Jackson for 13 years. Based on everything I know about Darren, I believe it is completely out of his true character that he would involve himself in this kind of conduct.

2. I am a practicing member of the Muslim community in Palm Beach County. I met Darren 13 years ago at the Purdy Lane Mosque in West Palm Beach. In the years since we met, Darren and I have shared religious worship and been friends.

3. Darren is a quiet man, very hardworking and humble. He is above all a hardworking family man. Darren loves his three daughters very much. He talked about them all the time, and he was very proud of them. So he could better provide for his family, Darren put himself through a rigorous apprenticeship program with the Boilermaker's Union. When he got in the union, he sought out the highest paying assignments. These assignments often required him to travel, which was hard for him, and for his wife. He didn't like being away from his family. He told me many times that he believed this sacrifice was worth it, because the higher

pay allowed him and his wife to provide a better life for their children. When Darren's father could no longer live alone, he and his wife brought him into their home to live with them. I know from talking to Darren that caring for his disabled father was tough for him and his family.

4. Darren and I also shared religious worship as fellow Muslims. We had many opportunities to talk about our faith, including countless hours of one-to-one conversation. Darren and I on several occasions travelled together to conferences and other functions in Miami and Tampa put on by the Islamic Community. Darren also studied at Purdy Lane with a small group, led by Hamid Majumder, that was interested in Sufism.

5. Darren and I have had countless hours, probably in the hundreds, of conversation and shared study sessions about the Muslim faith. In all these hours, over 13 years, Darren never, ever, expressed to me, or to anyone else in my presence, support for violence, or support for ISIS, ISIL, or any similar organization. I also never heard from anyone else in the Islamic community that Darren had ever expressed support for these activities. Darren was the farthest thing from a troublemaker. He was a quiet man, who loved his family.

6. I don't know what landed Darren in this Situation that got him arrested. I can say that from what I know of Darren Jackson, from our years as friends, from our years of studying and talking about our Muslim faith, from what I've read I believe the crime in this case was a grave error by him, and not a true reflection of his good and humble character. Darren remains a valued friend of mine and when he is released, I will support and help him in any way I can. Your Honor your consideration to apply the maximum leniency is greatly needed and appreciated.

Respectfully yours,

Rahim Alhijaz